### May 16, 1974

## Adams et al. *v.* Fotheringham (et al., Appellant).

Argued March 22, 1974. *Joseph S. Bekelja,* with him *Benjamin Winderman,* for appellant; *John R. Howland,* with him *Howland & Hess,* for appellees.

Order affirmed.

## Allen Electric Company, Inc. *v.* Fried et al., Appellants.

Argued March 19, 1974. *Frank S. Poswistilo,* with him *J. Stephen Kreglow,* and *Brose, Poswistilo, LaBarr & Jacobs,* for appellants; *James R. Wishchuk,* with him *Frank & Frank,* for appellee.

Order affirmed.